UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RICHARD LOPEZ | § | Case No. 14-29105 |
| SYLVIA A. LOPEZ | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/07/2014 . The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $        100,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 33,792.46 |
| Bank service fees | 318.32 |
| Other payments to creditors | 22,238.55 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]      $ | 28,650.67 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/16/2014  and the deadline for filing governmental claims was  02/03/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,594.93 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,594.93 , for a total compensation of $ 6,594.93 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.57 , for total expenses of $ 13.57 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 04/13/2016_____          By:/s/Peter N. Metrou, Trustee_____
                                                    Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-29105 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD LOPEZ | | | | Date Filed (f) or Converted (c): | 08/07/2014 (f) |
| | SYLVIA A. LOPEZ | | | | 341(a) Meeting Date: | 09/10/2014 |
| For Period Ending: | 04/13/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single Family Home 743 Versailles Parkway Oswego, | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  BMO Harris Bank Balance Account ending 7377  - $99 | 1,013.00 | 0.00 | | 0.00 | FA |
| 3.  Regular Household Furnishing  Used | 1,200.00 | 0.00 | | 0.00 | FA |
| 4.  Family Books, Pictures, DVD | 400.00 | 0.00 | | 0.00 | FA |
| 5.  Normal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6.  Nordstrom 401k Plan and Profit Sharing | 6,980.79 | 0.00 | | 0.00 | FA |
| 7.  2013 Volkswagen Jetta - 22,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 8.  Personal Injury                          (u) | 43,969.79 | 85,000.00 | | 100,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $316,063.58 | $85,000.00 | | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into Debtor's assets in progress. Personal injury case settled; claim review in process

| RE PROP # | 1 | -- | Order of Abandonment entered 3-6-2015. |
|---|---|---|---|
| RE PROP # | 8 | -- | Settlement proceeds approved by Court for personal injury case. |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 09/30/2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 14-29105 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: RICHARD LOPEZ | Bank Name: Associated Bank | |
| SYLVIA A. LOPEZ | Account Number/CD#: XXXXXX5397 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX5994 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 04/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/15 | 8 | ALLSTATE FIRE & CASUALTY INS. COMPA (800) 255-7828 | PI Settlement | 1242-000 | $100,000.00 | | $100,000.00 |
| 09/17/15 | 5001 | STEVEN E. SZESZEL 584 crimson DriveCrystal Lake, IL 60014 | Special Csl fees per 8-28-15 o/c | | | $33,792.46 | $66,207.54 |
| | | STEVEN E. SZESZEL | Special Csl fees per 8-28-15          ($33,333.33) o/c | 3210-000 | | | |
| | | STEVEN E. SZESZEL | Special Csl fees per 8-28-15          ($459.13) o/c | 3220-000 | | | |
| 09/17/15 | 5002 | STATE FARM P.O. BOX 661011DALLAS, TX 75266-1011 | Lien Settlement per 8/28/15 O/C | 4210-000 | | $3,333.34 | $62,874.20 |
| 09/17/15 | 5003 | HINSDALE HOSPITAL c/o Law Offices of Neil J. Greene250 Parkway Dr., Ste 160Lincolnshire, IL 60069-4300 | Lien Settlement per 8-28-15 O/C | 4210-000 | | $10,546.00 | $52,328.20 |
| 09/17/15 | 5004 | THE RAWLINGS COMPANY Subrogation DivisionP.O. Box 2000LaGrange, KY 40031-2000 | Lien Settlement per 8-28-15 O/C On behalf of Aetna Health | 4210-000 | | $4,903.68 | $47,424.52 |
| 09/17/15 | 5005 | DREYER MEDICAL CLINIC | Lien Settlement per 8-28-15 O/C | 4210-000 | | $1,184.25 | $46,240.27 |
| 09/17/15 | 5006 | EAR INSTITUTE OF CHICAGO 11 Salt Creek Lane, Ste 101Hinsdale, IL 60521 | Settlement of claim per 8-28-15 O/C | 4210-000 | | $1,925.80 | $44,314.47 |
| 09/17/15 | 5007 | CHICAGO DIZZINESS AND HEARING | Settlement of Claim per 8-28-15 O/C | 4210-000 | | $345.48 | $43,968.99 |
| 09/17/15 | 5008 | LOPEZ, RICHARD OSWEGO, IL  60543 | Debtor Exemption | 8100-002 | | $15,000.00 | $28,968.99 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $89.81 | $28,879.18 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $61.65 | $28,817.53 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.46 | $28,776.07 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $42.78 | $28,733.29 |

Case 14-29105    Doc 39    Filed 04/26/16    Entered 04/26/16 11:35:38    Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 5 of 11

Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 14-29105 | | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | RICHARD LOPEZ | | Bank Name: | Associated Bank | |
| | SYLVIA A. LOPEZ | | Account Number/CD#: | XXXXXX5397 | |
| | | | | Checking Account | |
| Taxpayer ID No: | XX-XXX5994 | | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 04/13/2016 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $42.72 | $28,690.57 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $39.90 | $28,650.67 |

| | | |
|---|---|---|
| COLUMN TOTALS | $100,000.00 | $71,349.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $71,349.33 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $100,000.00 | $56,349.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $0.00        $82.62

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5397 - Checking Account | $100,000.00 | $56,349.33 | $28,650.67 |
| | $100,000.00 | $56,349.33 | $28,650.67 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $100,000.00 |

Proposed Distribution

Case Number: 1:14-29105-BWB

Debtor Name: LOPEZ, RICHARD

Date: April 13, 2016

PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | | | $28,650.67 |
| | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative | 100 | $6,594.93 | $0.00 | $6,594.93 | $6,594.93 | $0.00 | $0.00 | $6,594.93 | $22,055.74 |
| | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative | 100 | $13.57 | $0.00 | $13.57 | $13.57 | $0.00 | $0.00 | $13.57 | $22,042.17 |
| Subtotals for Class Administrative 100.00% | | | | $6,608.50 | $0.00 | $6,608.50 | $6,608.50 | $0.00 | $0.00 | $6,608.50 | |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | 70 | $893.38 | $0.00 | $893.38 | $893.38 | $0.00 | $1.79 | $895.17 | $21,147.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 70 | $1,085.06 | $0.00 | $1,085.06 | $1,085.06 | $0.00 | $2.18 | $1,087.24 | $20,059.76 |
| 3 | AMERICAN SUZUKI FINANCIAL SERVICES serviced by All PO Box 130424 Roseville, MN 55113-0004 | Unsecured | 70 | $448.03 | $0.00 | $448.03 | $448.03 | $0.00 | $0.90 | $448.93 | $19,610.83 |
| 4 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | 70 | $779.71 | $0.00 | $779.71 | $779.71 | $0.00 | $1.56 | $781.27 | $18,829.56 |
| 5 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | 70 | $110.99 | $0.00 | $110.99 | $110.99 | $0.00 | $0.22 | $111.21 | $18,718.35 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | 70 | $615.72 | $0.00 | $615.72 | $615.72 | $0.00 | $1.23 | $616.95 | $18,101.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Date Printed4/13/2016 11:46:25 AM

Case Number: 1:14-29105-BWB

Debtor Name: LOPEZ, RICHARD

Date: April 13, 2016

PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RICHARD LOPEZ and SYLVIA A. LOPEZ | Unsecured | 999 | $18,101.40 | $0.00 | $18,101.40 | $18,101.40 | $0.00 | $0.00 | $18,101.40 | $0.00 |
| Subtotals for Class Unsecured  100.04% | | | | $22,034.29 | $0.00 | $22,034.29 | $22,034.29 | $0.00 | $7.88 | $22,042.17 | |
| | Totals | | | $28,642.79 | $0.00 | $28,642.79 | $28,642.79 | $0.00 | $7.88 | $28,650.67 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Interest calculated using 0.12% interest from 08/07/2014 to 04/07/2016.

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Date Printed4/13/2016 11:46:25 AM

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-29105
Case Name: RICHARD LOPEZ
        SYLVIA A. LOPEZ
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 28,650.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $          6,594.93 | $          0.00 | $          6,594.93 |
| Trustee Expenses: Peter N. Metrou | $          13.57 | $          0.00 | $          13.57 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,608.50 |
| Remaining Balance | $ | 22,042.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,932.89  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 893.38 | $ 0.00 | $ 893.38 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 1,085.06 | $ 0.00 | $ 1,085.06 |
| 3 | AMERICAN SUZUKI FINANCIAL SERVICES | $ 448.03 | $ 0.00 | $ 448.03 |
| 4 | CAPITAL RECOVERY V, LLC | $ 779.71 | $ 0.00 | $ 779.71 |
| 5 | CAPITAL RECOVERY V, LLC | $ 110.99 | $ 0.00 | $ 110.99 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 615.72 | $ 0.00 | $ 615.72 |

Total to be paid to timely general unsecured creditors          $          3,932.89

Remaining Balance                                               $          18,109.28

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 18,101.40 .