UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| RICHARD LOPEZ § | Case No. 14-29105 |
| SYLVIA A. LOPEZ § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 256,211.00 | Assets Exempt: 30,882.79 |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: 26,179.32 | Claims Discharged Without Payment: 391,117.44 |
| Total Expenses of Administration: 40,719.28 | |

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,101.40  (see **Exhibit 2**), yielded net receipts of $ 66,898.60  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 387,991.00 | $ 22,238.55 | $ 22,238.55 | $ 22,238.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 40,719.28 | 40,719.28 | 40,719.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,264.22 | 3,932.89 | 3,932.89 | 3,940.77 |
| **TOTAL DISBURSEMENTS** | $ 395,255.22 | $ 66,890.72 | $ 66,890.72 | $ 66,898.60 |

4)  This case was originally filed under chapter 7 on  08/07/2014 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/11/2016              By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury | 1242-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LOPEZ, RICHARD | Exemptions | 8100-002 | 15,000.00 |
| Richard Lopez | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 18,101.40 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 33,101.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Ll 350 Highland Dr Lewisville, TX 75067 | | 381,780.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vw Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | 6,211.00 | NA | NA | 0.00 |
| | CHICAGO DIZZINESS AND HEARING | 4210-000 | NA | 345.48 | 345.48 | 345.48 |
| | DREYER MEDICAL CLINIC | 4210-000 | NA | 1,184.25 | 1,184.25 | 1,184.25 |
| | EAR INSTITUTE OF CHICAGO | 4210-000 | NA | 1,925.80 | 1,925.80 | 1,925.80 |
| | HINSDALE HOSPITAL | 4210-000 | NA | 10,546.00 | 10,546.00 | 10,546.00 |
| | STATE FARM | 4210-000 | NA | 3,333.34 | 3,333.34 | 3,333.34 |
| | THE RAWLINGS COMPANY | 4210-000 | NA | 4,903.68 | 4,903.68 | 4,903.68 |
| TOTAL SECURED CLAIMS | | | $ 387,991.00 | $ 22,238.55 | $ 22,238.55 | $ 22,238.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 6,594.93 | 6,594.93 | 6,594.93 |
| Peter N. Metrou | 2200-000 | NA | 13.57 | 13.57 | 13.57 |
| Associated Bank | 2600-000 | NA | 318.32 | 318.32 | 318.32 |
| STEVEN E. SZESZEL | 3210-000 | NA | 33,333.33 | 33,333.33 | 33,333.33 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN E. SZESZEL | 3220-000 | NA | 459.13 | 459.13 | 459.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 40,719.28 | $ 40,719.28 | $ 40,719.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chld/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 72.99 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 44.20 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 2,238.25 | NA | NA | 0.00 |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 710.00 | NA | NA | 0.00 |
| | Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002 | | 61.00 | NA | NA | 0.00 |
| 3 | AMERICAN SUZUKI FINANCIAL SERVICES | 7100-000 | 440.08 | 448.03 | 448.03 | 448.03 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,604.00 | 1,085.06 | 1,085.06 | 1,085.06 |
| 4 | CAPITAL RECOVERY V, LLC | 7100-000 | 779.71 | 779.71 | 779.71 | 779.71 |
| 5 | CAPITAL RECOVERY V, LLC | 7100-000 | 110.99 | 110.99 | 110.99 | 110.99 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 665.00 | 615.72 | 615.72 | 615.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 538.00 | 893.38 | 893.38 | 893.38 |
| | AMERICAN SUZUKI FINANCIAL SERVICES | 7990-000 | NA | NA | NA | 0.90 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 2.18 |
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 1.78 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 1.23 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 1.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,264.22 | $ 3,932.89 | $ 3,932.89 | $ 3,940.77 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-29105 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | RICHARD LOPEZ | | | | Date Filed (f) or Converted (c): | 08/07/2014 (f) |
| | SYLVIA A. LOPEZ | | | | 341(a) Meeting Date: | 09/10/2014 |
| For Period Ending: | 07/11/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 743 Versailles Parkway Oswego, | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2. BMO Harris Bank Balance Account ending 7377 - $99 | 1,013.00 | 0.00 | | 0.00 | FA |
| 3. Regular Household Furnishing Used | 1,200.00 | 0.00 | | 0.00 | FA |
| 4. Family Books, Pictures, DVD | 400.00 | 0.00 | | 0.00 | FA |
| 5. Normal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Nordstrom 401k Plan and Profit Sharing | 6,980.79 | 0.00 | | 0.00 | FA |
| 7. 2013 Volkswagen Jetta - 22,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 8. Personal Injury (u) | 43,969.79 | 85,000.00 | | 100,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $316,063.58 $85,000.00 $100,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into Debtor's assets in progress. Personal injury case settled; claim review in process

| RE PROP # | 1 | -- | Order of Abandonment entered 3-6-2015. |
| RE PROP # | 8 | -- | Settlement proceeds approved by Court for personal injury case. |

Initial Projected Date of Final Report (TFR): 12/01/2015    Current Projected Date of Final Report (TFR): 09/30/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-29105 |
| Case Name: | RICHARD LOPEZ |
| | SYLVIA A. LOPEZ |
| Taxpayer ID No: | XX-XXX5994 |
| For Period Ending: | 07/11/2016 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX5397 |
| | Checking Account |
| Blanket Bond (per case limit): | $1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/15 | 8 | ALLSTATE FIRE & CASUALTY INS. COMPA (800) 255-7828 | PI Settlement | 1242-000 | $100,000.00 | | $100,000.00 |
| 09/17/15 | 5001 | STEVEN E. SZESZEL 584 crimson DriveCrystal Lake, IL 60014 | Special Csl fees per 8-28-15 o/c | | | $33,792.46 | $66,207.54 |
| | | STEVEN E. SZESZEL | Special Csl fees per 8-28-15  ($33,333.33) o/c | 3210-000 | | | |
| | | STEVEN E. SZESZEL | Special Csl fees per 8-28-15  ($459.13) o/c | 3220-000 | | | |
| 09/17/15 | 5002 | STATE FARM P.O. BOX 661011DALLAS, TX 75266-1011 | Lien Settlement per 8/28/15 O/C | 4210-000 | | $3,333.34 | $62,874.20 |
| 09/17/15 | 5003 | HINSDALE HOSPITAL c/o Law Offices of Neil J. Greene250 Parkway Dr., Ste 160Lincolnshire, IL 60069-4300 | Lien Settlement per 8-28-15 O/C | 4210-000 | | $10,546.00 | $52,328.20 |
| 09/17/15 | 5004 | THE RAWLINGS COMPANY Subrogation DivisionP.O. Box 2000LaGrange, KY 40031-2000 | Lien Settlement per 8-28-15 O/C On behalf of Aetna Health | 4210-000 | | $4,903.68 | $47,424.52 |
| 09/17/15 | 5005 | DREYER MEDICAL CLINIC | Lien Settlement per 8-28-15 O/C | 4210-000 | | $1,184.25 | $46,240.27 |
| 09/17/15 | 5006 | EAR INSTITUTE OF CHICAGO 11 Salt Creek Lane, Ste 101Hinsdale, IL 60521 | Settlement of claim per 8-28-15 O/C | 4210-000 | | $1,925.80 | $44,314.47 |
| 09/17/15 | 5007 | CHICAGO DIZZINESS AND HEARING | Settlement of Claim per 8-28-15 O/C | 4210-000 | | $345.48 | $43,968.99 |
| 09/17/15 | 5008 | LOPEZ, RICHARD OSWEGO, IL  60543 | Debtor Exemption | 8100-002 | | $15,000.00 | $28,968.99 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $89.81 | $28,879.18 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $61.65 | $28,817.53 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $41.46 | $28,776.07 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $42.78 | $28,733.29 |

Page Subtotals: $100,000.00  $71,266.71

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-29105  
Case Name: RICHARD LOPEZ  
SYLVIA A. LOPEZ  
Taxpayer ID No: XX-XXX5994  
For Period Ending: 07/11/2016  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5397  
Checking Account  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $42.72 | $28,690.57 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | $39.90 | $28,650.67 |
| 05/25/16 | 5009 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | | $6,608.50 | $22,042.17 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($6,594.93) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($13.57) | 2200-000 | | | |
| 05/25/16 | 5010 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | | $895.17 | $21,147.00 |
| | | | | ($1.79) | 7990-000 | | | |
| | | QUANTUM3 GROUP LLC AS AGENT FOR | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($893.38) | 7100-000 | | | |
| 05/25/16 | 5011 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $1,087.24 | $20,059.76 |
| | | | | ($2.18) | 7990-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,085.06) | 7100-000 | | | |
| 05/25/16 | 5012 | AMERICAN SUZUKI FINANCIAL SERVICES<br>serviced by All<br>PO Box 130424<br>Roseville, MN  55113-0004 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | | $448.93 | $19,610.83 |
| | | | | ($0.90) | 7990-000 | | | |

Page Subtotals: $0.00  $9,122.46

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-29105 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: RICHARD LOPEZ | Bank Name: Associated Bank |
| SYLVIA A. LOPEZ | Account Number/CD#: XXXXXX5397 |
| | Checking Account |
| Taxpayer ID No: XX-XXX5994 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN SUZUKI FINANCIAL SERVICES | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($448.03) 7100-000 | | | |
| 05/25/16 | 5013 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Distribution | | | $892.48 | $18,718.35 |
| | | | | ($1.78) 7990-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($779.71) 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($110.99) 7100-000 | | | |
| 05/25/16 | 5014 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $616.95 | $18,101.40 |
| | | | | ($1.23) 7990-000 | | | |
| | | PYOD, LLC ITS SUCCESSORS AND ASSIGN | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($615.72) 7100-000 | | | |
| 05/25/16 | 5015 | Richard Lopez Oswego, IL 60543 | Distribution of surplus funds to debtor. | 8200-002 | | $18,101.40 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $100,000.00 | $100,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $100,000.00 | $100,000.00 |
| Less: Payments to Debtors | $0.00 | $33,101.40 |
| Net | $100,000.00 | $66,898.60 |
| Page Subtotals: | $0.00 | $19,610.83 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5397 - Checking Account | $100,000.00 | $66,898.60 | $0.00 |
|  | $100,000.00 | $66,898.60 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $100,000.00 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*